# United States Bankruptcy Court
## District of Delaware

In re: <u>Bayou Steel BD Holdings, L.L.C., et al</u>,  )
                      Debtor )
                                                         ) Case No.: 19-50392-KBO
<u>Charles Ziegeler and Ronnie Millet, et al.</u>,  )
                      Plaintiffs )  Chapter: 11 _____
          v. )
                                                           )
<u>Bayou Steel Holdings, L.L.C., et al</u>, ) Adv. Proc. No.: _____
                      Defendant )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>     824 Market Street, 3rd Floor
>     Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Eric J. O'Bell
> O'Bell Law Firm, LLC
> 3500 North Hullen Street, Metairie, LA 70002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
|  | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
  Court for the District
    of Delaware                                                    /s/ Una O'Boyle
                                                                      *Clerk of the Bankruptcy Court*

Date: <u>10/30/19</u>

# CERTIFICATE OF SERVICE

I, <u>Tana Laurendine</u>, certify that I am, and at all times during the service of process was,
     (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>October 31, 2019</u> by:
     (date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
BD Bayou BD Holdings, II, LLC through its registered agent
The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]
     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/31/19__                                    __Tana Laurendine__
Date                                            Signature

Print Name: Tana Laurendine
Business Address: 3500 N. Hullen Street
City: Metairie    State: LA    Zip: 70002