# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, LLC, *et al.*, <br><br>　　　　　　Debtors. | Chapter 11 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) <br><br> **Related Docket No.: 192** |
| CHARLES ZIEGELER and RONNIE MILLET, individually and on behalf of all others similarly situated, <br><br>　　　　　　Plaintiffs, <br><br>　　　v. <br><br> BAYOU STEEL BD HOLDINGS, L.L.C.; BD BAYOU STEEL INVESTMENT, LLC; BD LAPLACE, LLC; BAYOU STEEL BD HOLDINGS II, L.L.C.; and BLACK DIAMOND CAPITAL MANAGEMENT, LLC, <br><br>　　　　　　Defendants. | <br><br><br><br> Adv. Pro. No.: 19-50748 (KBO) <br><br> **Related Docket No.: 8** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ERIC J. O'BELL

　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Eric J. O'Bell of the law firm of O'BELL LAW FIRM, LLC, to represent plaintiffs Charles Ziegeler and Ronnie Millet, individually and on behalf of all others similarly situated, in the above-captioned chapter 11 bankruptcy cases and the above-captioned adversary proceeding.

Dated: November 5, 2019

　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Mangan*
　　　　　　　　　　　　　　　　　　Kevin J. Mangan (DE Bar No. 3810)
　　　　　　　　　　　　　　　　　　Nicholas T. Verna (DE Bar No. 6082)
　　　　　　　　　　　　　　　　　　S. Alexander Faris (DE Bar No. 6278)
　　　　　　　　　　　　　　　　　　WOMBLE BOND DICKINSON (US) LLP
　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　(302) 252-4320

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, Charles Ziegeler and Ronnie Millet, individually and on behalf of all others similarly situated*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Louisiana and Pennsylvania and the United States District Courts for the Eastern, Middle and Western Districts of Louisiana, the Eastern District of Pennsylvania and the Eastern District of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 5, 2019

*/s/ Eric J. O'Bell*
Eric J. O'Bell
O'BELL LAW FIRM, LLC
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8677

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 5th, 2019
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**