# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 193** |
| CHARLES ZIEGELER and RONNIE MILLET, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYOU STEEL BD HOLDINGS, L.L.C.; BD BAYOU STEEL INVESTMENT, LLC; BD LAPLACE, LLC; BAYOU STEEL BD HOLDINGS II, L.L.C.; and BLACK DIAMOND CAPITAL MANAGEMENT, LLC,<br><br>　　　　　　Defendants. | Adv. Pro. No.: 19-50748 (KBO)<br><br>**Related Docket No.: 9** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF BRANDON M. WISE

　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brandon M. Wise of the law firm of PEIFFER WOLF CARR & KANE, APLC, to represent plaintiffs Charles Ziegeler and Ronnie Millet, individually and on behalf of all others similarly situated, in the above-captioned chapter 11 bankruptcy cases and the above-captioned adversary proceeding.

Dated: November 5, 2019　　　　　　　　*/s/ Kevin J. Mangan*
　　　　　　　　　　　　　　　　　　　Kevin J. Mangan (DE Bar No. 3810)
　　　　　　　　　　　　　　　　　　　Nicholas T. Verna (DE Bar No. 6082)
　　　　　　　　　　　　　　　　　　　S. Alexander Faris (DE Bar No. 6278)
　　　　　　　　　　　　　　　　　　　WOMBLE BOND DICKINSON (US) LLP
　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　(302) 252-4320

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, Charles Ziegeler and Ronnie Millet, individually and on behalf of all others similarly situated*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Missouri and Illinois and the United States District Courts for the Eastern and Western Districts of Missouri, the Southern and Central Districts of Illinois, the District of Colorado, the Southern District of Indiana, and the Western District of Tennessee, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 5, 2019      */s/ Brandon M. Wise*
　　　　　　　　　　　　　　 Brandon M. Wise
　　　　　　　　　　　　　　 PEIFFER WOLF CARR & KANE, APLC
　　　　　　　　　　　　　　 818 Lafayette Avenue, Floor 2
　　　　　　　　　　　　　　 St. Louis, Missouri 63104
　　　　　　　　　　　　　　 (314) 833-4825

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 5th, 2019**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**